IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN COLLINS, | : |
|        Plaintiff | :   Civil Action |
| v. | :   No. 11-cv-06928 |
| PEPSI BOTTLING GROUP, RENEE BALLARD, and DON BOVE | :   JURY TRIAL DEMANDED |
|        Defendants | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff and Defendants, through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's action against Defendants is dismissed in its entirety with prejudice and without costs or attorneys' fees.

LAW OFFICES OF BRIAN M. PURICELLI
691 Washington Crossing Road
1601 Cherry Street, Suite 1350
Newtown, PA 18940
(215) 504-8115

JACKSON LEWIS LLP
Three Parkway
1601 Cherry Street, Suite 1350
Philadelphia, PA 19102
(267) 319-7802

By: _____
Alexis Zafferes, Esq.
Attorneys for Plaintiff

By: _____
Lori E. Armstrong Halber, Esq.
Stephanie J. Peet, Esq.
Attorneys for Defendants

Dated: August ___, 2012
September 6, 2012

Dated: August ___, 2012
September 7, 2012